# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATHEW LIVINGSTON, individually and on behalf of the minor child Mallowry Livingston, MARIA ANN LIVINGSTON,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-860-Orl-19KRS**

**H.I. FAMILY SUITES, INC., d/b/a Holiday Inn Family Suites, WORLD VILLAGE MANAGEMENT, LLC,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO DISMISS COUNT II OF THE PLAINTIFFS' COMPLAINT; MOTION TO DISMISS COUNT III OF THE PLAINTIFFS' COMPLAINT; MOTION TO DISMISS COUNT IV OF THE PLAINTIFFS' COMPLAINT, AND MOTION TO STRIKE PLAINTIFFS' CLAIMS FOR PUNITIVE DAMAGES (Doc. No. 9)**
>
> **FILED:** June 20, 2005
>
> **THEREON** it is **ORDERED** that the motions are **DENIED** without prejudice.

It is not considered proper in this Court to combine motions to dismiss and to strike with an answer. Therefore, the motions that were included with the answer are denied without prejudice to reasserting them, if appropriate, within eleven days from the date of this order. Before reasserting the

motion to strike, counsel should carefully review the opinion of the United States Court of Appeals for the Eleventh Circuit in *Cohen v. Office Depot, Inc.*, 184 F.3d 1292, 1299 (11th Cir. 1999), *vacated in unrelated part*, 204 F.3d 1069 (11th Cir. 2000) ("[W]e hold that the pleading requirements of Florida Statutes § 768.72 are inapplicable in federal diversity cases."). Furthermore, in any renewed motion to strike, counsel for the defendants shall certify that they conferred with counsel for the plaintiff, in person or by telephone, in a good faith effort to resolve the issues presented as required by M.D. Fla. L.R. 3.01(g).

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties