# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MATHEW LIVINGSTON, et al.,**

      **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-860-Orl-19KRS**

**H.I. FAMILY SUITES, INC., et al.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' AMENDED MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS (Doc. No. 61)** |
| **FILED:** | April 7, 2006 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The discovery deadline in this matter was April 4, 2006. Doc. No. 28. The present motion was filed on April 7, 2006. The Case Management and Scheduling Order (CMSO) that was entered in this case cautions that "[t]he Court may deny as untimely all motions to compel filed after the discovery deadline." *Id*. at 3. Counsel for the plaintiff never sought an extension of the discovery deadline in this matter.[1] *Cf. id.* at 5 ("A motion to extend an established deadline normally will be

---

[1] In fact, counsel does not even acknowledge that the present motion is untimely.

denied if the motion fails to recite that: 1) the motion is joint or unopposed; 2) the additional discovery is necessary for specified reasons; 3) all parties agree that the extension will not affect the dispositive motions deadline and trial date; 4) all parties agree that any discovery conducted after the dispositive motions date established in this Order will not be available for summary judgment purposes; and 5) no party will use the granting of the extension in support of a motion to extend another date or deadline.  The filing of a motion for extension of time does not toll the time for compliance with deadlines established by Rule or Order.").

Under these circumstances, it is appropriate to deny the motion to compel as untimely.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties