**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MATHEW LIVINGSTON, et al.,**

      **Plaintiffs,**

-vs-                                         **Case No. 6:05-cv-860-Orl-19KRS**

**H.I. FAMILY SUITES, INC., et al.,**

      **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **NON-PARTY, WESTERN INDUSTRIES-SOUTH, INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA DUCES TECUM WITHOUT DEPOSITION SERVED APRIL 20, 2006 (Doc. No. 81)** |
| **FILED:** | **May 12, 2006** |

On April 20, 2006, counsel for the plaintiffs caused a subpoena for production of documents to be served on Western Pest Services ("WPS"), who is not a party to this case, at an address in Deerfield Beach, Florida. Doc. No. 81. The subpoena was issued by the United States District Court for the Middle District of Florida. *Id.* It calls for WPS to mail the documents requested to an office in Orlando, Florida. *Id.*

WPS represents that it has information that the all of the parties to the litigation were not given notice of, and an opportunity to object to the items called for in the subpoena. Rather than quashing

the subpoena, it is appropriate to delay compliance with the subpoena until such time as the parties have an opportunity to review the present motion and accompanying subpoena, and respond thereto. Accordingly, it is **ORDERED** that WPS shall not respond to the subpoena pending further order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on May 12, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties